**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SAUL M. KAUFMAN and KIMBERLY STEGICH, individually and on behalf of all others similarly situated, <br><br> v. <br><br> AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., | Case No: 07 C 1707 <br><br> Judge: Gottschall |

## ORDER

In light of the ongoing proceedings in this case, and in the interest of clarifying the docket, the court rules as follows on motions that are shown as pending on the docket. Intervenors' motions [319], [332] are denied as moot. Motion for exclusion [323] is granted. Joint motion [347] is denied as moot. Intervenors' motion for fees [345] is denied without prejudice; intervenors may file an updated, amended motion. Plaintiff's motion [356] is denied without prejudice. The settling parties may file an updated, amended motion for final approval of the class action settlement.


DATED: August 9, 2013                           /s/
                                          JOAN B. GOTTSCHALL
                                          United States District Judge