# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**FINAL JUDGMENT**

December 7, 2017

Before:

WILLIAM J. BAUER, Circuit Judge
DANIEL A. MANION, Circuit Judge
DAVID F. HAMILTON, Circuit Judge

| No. 16-1691 | SAUL M. KAUFMAN, individually and on behalf of all others similarly situated, et al., Plaintiffs - Appellees<br><br>and<br><br>J.G. GOODMAN, also known as J.L. Goodman, Objector, et al., Intervening Plaintiffs - Appellants<br><br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INCORPORATED, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:07-cv-01707<br>Northern District of Illinois, Eastern Division<br>District Judge Joan B. Gottschall ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: 132)